IN THE COURT OF APPEALS OF THE NINTH CIRCUIT

| | |
|---|---|
| GALINA OGEONE | ) 9th Cir. Case No. 15-5-15499 |
| Appellant Pro se | ) 9th Cir. No. No. 15-16005 |
| VS | ) Originating Circuit Court of the First Circuit State of |
| | ) Hi Case No.12-1-3278-12 ECN |
| DENTIST W RUTH YANG | ) D.C. of Hawaii CIVIL NO. 13-00166 SOM RLP |
| Appellee | ) |

MOTION TO SUPPLIMENT THE RECORD ON THE APPEAL

Comes now the Appellant Ogeone, and makes the present motion to supplement the case record to include Certification of Florence Nakakuni in circulation to this Court. Certification of Florence Nakakuni was issued on 04-10-2013 where US Attorney wrote that Defendant was Federal Dentist. It was docketed on 04-10-2013. But US Attorney Nakakuni did not sign Certification that Defendant was Federal Dentist.

Appellant Ogeone respectfully requests this supplementation for the following reason: USDC violated FRCP No.11 and did not strike an unsigned Certification that Defendant was Federal employee. An Unsigned Certification proves that USDC did not have personal jurisdiction over Defendant Dentist Yang, who was not federal employee. Personal jurisdiction is fundamental constitutional requirement for a valid judgment.

a) In May 2016 Plaintiff called US Attorney Nakakuni's office and asked the Clerk why US Attorney Nakakuni, who was the chief federal law enforcement officer, violated Federal rules and issued Certification that Defendant was Federal Dentist.
/See Attachment No.1- unsigned Certification /

The clerk told Appellant Ogeone that US Attorney Nakakuni did not sign Certification that Defendant was Federal Dentist. Appellant Ogeone looked at US Attorney Nakakuni's Certification that Defendant was Federal Dentist and found out that there was no US Attorney Nakakuni's signature, which means that Certification was invalid.
/attachment No.1- unsigned Certification that Defendant was Federal employee /

b) According to FRCP No.11 "every pleading, written motion, and other paper shall be signed by at least one attorney… the court must strike an unsigned paper".

Chief Judge Mollway violated FRCP No.11 and did not strike an unsigned Certification that Defendant was Federal Dentist.

On 04-10-2013 an unsigned Certification was docketed.

On 04-10-2013 Appellant's case was removed from Circuit Court of the First Circuit State of Hawaii as a personal injuries medical malpractice case upon unsigned Certification that Defendant was Federal Dentist.

c) According to Federal Law ( FRCP 28 U.S. Code § 2679 ) "US Attorney can issue certification for the Defendant, that the Defendant -was acting within the scope of his office or employment at the time of the incident out of which the claim arose".

d) US Attorney did not sign Certification that Defendant was Federal Dentist, which means that US Attorney did not issue Certification for the Defendant and did not defend Defendant Dentist Yang, because Defendant Dentist Yang, was not Federal officer and KPHC was not a federal agency.

e) An unsigned Certification that Defendant was Federal employee is very important document. Unsigned Certification proves that Defendant was not Federal officer and USDC did not have personal jurisdiction over defendant, who was not federal employee. Personal jurisdiction is fundamental constitutional requirement for a valid judgment.

Therefore, appellant must request that this honorable court grants the appellant to file a supplement to the record on appeal.

Respectfully submitted
Mrs. Ogeone Dated : May 31-2016

Declaration:
I declare under penalty of perjury that the foregoing is true and correct.
Mrs. Ogeone Dated : May 31-2016

ATTACHMENT-EXHIBIT
1. An unsigned Certification that Defendant was Federal dentist.

Mrs. Ogeone Dated : May 31-2016

IN THE COURT OF APPEALS OF THE NINTH CIRCUIT

CASE NAME: GALINA OGEONE V. DENTIST W RUTH YANG

9TH CIR.CASE NO.: 15-15499, No. 15-16005

CERTIFICATE OF SERVICE

I do hereby certify that the above foregoing document – MOTION TO SUPPLIMENT THE RECORD and one attachment was duly served on Dated : May 31-2016 by e-filing and mail, on the person listed below: Appellee' Attorney Carl Osaki .

Attorney Carl Osaki Address: Town Tower #17G, 225 Queen Street, Honolulu, Hawaii, 96813, phone: 808-528-4666

Mrs. Ogeone Dated : May 31-2016